UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RIK LINEBACK, Regional Director of the Twenty-Fifth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, | ) ) ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) )  Case No. 1:14-CV-228 JD ) |
| SMI/DIVISION OF DCX-CHOL ENTERPRISES, INC., | ) ) ) |
| Respondent. | ) |

## ORDER

The Court previously entered a temporary injunction under section 10(j) of the National Labor Relations Act pending the conclusion of proceedings before the National Labor Relations Board. The injunction stated that it "shall terminate once the National Labor Relations Board has rendered a final decision in this matter." [DE 24]. The Petitioner has now filed a status report indicating that the Board issued its final decision in December 2017. Accordingly, the injunction is no longer in effect and this case is now closed.

SO ORDERED.

ENTERED: February 7, 2018

/s/ JON E. DEGUILIO
Judge
United States District Court